UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**RICKEY BENSON,**

    **Plaintiff,**

v.                                                  **No. 2:24-cv-02021-SHM-tmp**

**CHIEF UNITED STATES
DISTRICT JUDGE SHERYL H. LIPMAN,**

    **Defendant.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed August 9, 2024.

## APPROVED:

*/s/   Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| *August 9, 2024* | WENDY OLIVER |
|---|---|
| DATE | CLERK |
| | */s/ Jairo Mendez* |
| | (By) DEPUTY CLERK |